1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| ANTHONY PASSANTE, Jr., | Civil No. C06-5451-FDB-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION |
| JO ANNE B. BARNHART, Commissioner of Social Security, Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant

shall have an extension to and including January 2, 2007, to file Defendant's answering brief.  It is

further ORDERED that Plaintiff shall have to and including January 16, 2007, to file Plaintiff's

Reply Brief.

Page 1        ORDER- [C06-5451-FDB-KLS]

1    DATED this 5th day of December,  2006.

2

3

4                                                    *Karen L. Strombom*

5                                                    Karen L. Strombom
                                                     United States Magistrate Judge
6

7

8

9  Presented by:

10

11  s/ CAROL A. HOCH   WSB # 9289
    Special Assistant U.S. Attorney
12  Attorney for Defendant
    Office of the General Counsel
13  701 Fifth Ave, Ste 2900, M/S 901
    Phone:  206-615-2684
14  Fax:      206-615-2531
15  carol.a.hoch@ssa.gov

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2        ORDER- [C06-5451-FDB-KLS]