UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY PASSANANTE, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | No. CV06-5451 FDB<br><br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will give further consideration to the opinions of Lawrence V. Majovski, Ph.D., and Allen W. Ratcliffe, Ph.D. The ALJ will hold another hearing with a medical expert and a vocational expert. The ALJ will obtain vocational testimony based on hypothetical questions that reflect the specific capacity/limitations established by the record as a whole. The ALJ will ask the vocational expert to identify examples of appropriate jobs and state the incidence of such jobs in the national economy. Before relying on the vocational expert evidence, the ALJ will identify and

Page 1    ORDER

resolve any conflicts between the occupational evidence provided by the vocational expert and the information in the Dictionary of Occupational Titles and its companion publication, the Selected Characteristics of Occupations (Social Security Ruling 00-4p).

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 9th day of January, 2006

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:


__s/ Karen L. Strombom_____
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ CAROL A. HOCH    WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.a.hoch@ssa.gov


Page 2     ORDER