# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY PASSANANTE, JR.

       v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5451FDB

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's motion for an award of costs and attorney's fees [Dkt. #16] is **GRANTED**. Costs in the amount of $350.00 and attorney's fees in the amount of $4,245.00 are awarded to Plaintiff.

Defendant's motion is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| March 1, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |